No. 797, Misc. RECTOR *v.* HEINZE, WARDEN. Sup. Ct. Cal. Certiorari denied.

No. 798, Misc. ROBINSON *v.* FAY, WARDEN. C. A. 2d Cir. Certiorari denied. *Leon B. Polsky* for petitioner. *Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Brenda Soloff,* Deputy Assistant Attorney General, for respondent.

No. 799, Misc. RIVERA *v.* REEVES ET AL. C. A. 2d Cir. Certiorari denied. *Leon B. Polsky* for petitioner.

No. 800, Misc. BYRNES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for the United States.

No. 802, Misc. BRANCH, DBA DREAM SHELL HOMES *v.* MILLS & LUPTON SUPPLY CO., INC. C. A. 6th Cir. Certiorari denied. *John S. Wrinkle* for petitioner.

No. 803, Misc. STILTNER *v.* RHAY, PENITENTIARY SUPERINTENDENT. Sup. Ct. Wash. Certiorari denied.

No. 807, Misc. FURTAK *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 809, Misc. COLLINS *v.* KLINGER, MENS COLONY SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 810, Misc. BRABSON *v.* WILKINS, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 816, Misc. ORTEGA *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.